[No. 9749-1-I.   Division One.   August 4, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. WARREN
ROBERT CHASE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-1-02605-1, Frank D. Howard, J., entered
December 4, 1980. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Andersen, C.J., and Callow, J.

[No. 10219-2-I.   Division One.   August 4, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JACKIE
LEE HOOKER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84835, Horton Smith, J., entered March 10,
1981. *Affirmed as modified* by unpublished opinion per
Durham, A.C.J., concurred in by Swanson and Ringold, JJ.

[No. 10243-5-I.   Division One.   August 4, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL
H. SAUBER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-1-03565-3, Robert E. Dixon, J., entered
April 29, 1981. *Affirmed* by unpublished per curiam opin-
ion.

[No. 5285-7-II.   Division Two.   August 10, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. FELIX
EUGENE CAPOEMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. CR-560, John W. Schumacher, J.,
entered January 16, 1981. *Reversed* by unpublished opinion
per Worswick, J., concurred in by Petrich, A.C.J., and
Petrie, J.